**No. 11-7846. Toney Sabater, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1127, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 613.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 68.

**No. 11-7850. Gustavo Moran-Martinez, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1127, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 685.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-7856. Antonio Bradshaw, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1127, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 587.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 445 Fed. Appx. 176.

**No. 11-7860. Douglas Hersom, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1128, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 673.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 657 F.3d 77.

**No. 11-7861. Hector Cavazos Carreon, aka Hector Carreon Cavazos, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1128, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 618.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 441 Fed. Appx. 269.

**No. 11-7862. Alex Shevgert, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1128, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 675.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 915.

**No. 11-7864. Leonard Earl Roulhac, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1128, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 590.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 452 Fed. Appx. 325.

**No. 11-7866. Derick Taylor, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1128, 181 L. Ed. 2d 1005, 2012 U.S. LEXIS 703.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 444 Fed. Appx. 613.